IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03347-RPM

SAFELITE GROUP, INC., and
SAFELITE FULFILLMENT, INC.,

      Plaintiff,

v.

INNOVATGIVE MARKETING SYSTEMS, INC.,
d/b/a SAFEVUE AUTOGLASS;
AJ AURIT;
KANYANAT LEEDOM and
CRAIG LEEDOM,

      Defendants.

_____

ORDER FOR HEARING
_____

On March 13, 2012, a Joint Motion for Stipulated Permanent Injunction Against AJ Aurit was filed with a proposed order.  The order enjoins not only Defendant AJ Aurit, but those persons in active concert or participation with him and business entities acting in concert or participation with him from the conduct affecting the plaintiffs and based on the allegations of the complaint that would appear to include Innovative Marketing Systems, Inc., d/b/a Safevue Autoglass, another defendant in this action. Additionally, this Court does not enter an injunction against an individual without a hearing at which the individual to be enjoined must be present.  It is therefore

ORDERED that a hearing will be held on the joint motion at a time to be scheduled.

DATED: March 14th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge