IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03347-RPM

SAFELITE GROUP, INC., and
SAFELITE FULFILLMENT, INC.,

      Plaintiff,

v.

INNOVATGIVE MARKETING SYSTEMS, INC.,
d/b/a SAFEVUE AUTOGLASS;
AJ AURIT;
KANYANAT LEEDOM and
CRAIG LEEDOM,

      Defendants.

_____

ORDER FOR HEARING
_____

On March 14, 2012, this Court entered an order for hearing on the Joint Motion

for Stipulated Permanent Injunction Against AJ Aurit, filed March 13, 2012.  On March

26, 2012, a Joint Motion for Stipulated Permanent Injunction Against Innovation

Marketing Systems, Inc., Kanyanat Leedom, and Craig Leedom was filed.  A proposed

order for permanent injunction was submitted with both joint motions.  The scope of the

injunctive relief ordered in both proposed orders is too broad.  Moreover, the defendants

apparently do not admit any liability on any of the plaintiffs' claims and the joint motions

indicate that the proposed orders are within the terms of a settlement agreement which

has not been provided to the court.  It is not clear from the motions what authority the

lawyers appearing for the defendants have to submit their

clients to the terms of a permanent injunction.  Accordingly, both motions will be set for

hearing at a time to be scheduled.

DATED: April 5th, 2012

BY THE COURT:


s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge