**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03347-RPM-KMT

SAFELITE GROUP, INC., a Delaware corporation, and
SAFELITE FULFILLMENT, INC., a Delaware corporation,

        Plaintiffs,

v.

INNOVATIVE MARKETING SYSTEMS, INC.,
d/b/a SAFEVUE AUTOGLASS, an Arizona corporation;
AJ AURIT, an individual;
KANYANAT LEEDOM, an individual;
CRAIG LEEDOM, an individual; and
JOHN DOES 1-30, individuals whose true
names are unknown,

        Defendants.

---

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF
ACTION WITH PREJUDICE**

---

THIS MATTER, having come before the Court on Plaintiffs Safelite Group, Inc. and Safelite Fulfillment, Inc. and Defendant AJ Aurit's Joint Stipulation of Dismissal of Action With Prejudice, this Court being duly apprised in the premises and good cause for the approval of said Stipulation being shown, it is hereby

ORDERED that all claims alleged in the Complaint against all defendants are dismissed with prejudice, with each party to pay his, her or its own costs and attorneys' fees.

Dated: July 31st, 2012        BY THE COURT:

                                          s/ Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge